# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
v. )   1:06-CR-00390-022        **ISSUED**
)
EDWIN IVAN GUZMAN-GARCIA )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        (x) Ad Prosequendum                      () Ad Testificandum.
Name of Detainee:    Edwin Ivan Guzman-Garcia

Detained at (custodian):    NKSP

Detainee is:  a.)  () charged in this district by:
                     (x) Indictment       () Information       () Complaint
                     Charging Detainee With:    **8 USC §1826 ILLEGAL RE-ENTRY**

or  b.)  () a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  () return to the custody of detaining facility upon termination of proceedings
or  b.)  () be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

    Signature: _____
    Printed Name & Phone No: Steven M. Crass (559) 497-4000
    Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum              () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

12/14/2006
Date _____                United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Guzman, Edwin; Lopez, Bryan; Guzman, Edwin, Ivan | Male x | Female |
| Booking or CDC #: | V14601 | DOB: | 02/02/85 |
| Facility Address: | | Race: | Mexican |
| | | FBI #: | 667532XB1 |
| Facility Phone: | NKSP | | |
| Currently Incarcerated For: | Illegal-Re-entry | | |
| RELEASE DATE: | **currently in custody at NKSP on an ICE detainer pending transfer of custody** | | |

--------
**RETURN OF SERVICE**

Executed on _____ by _____  _____
                                                                                      (Signature)