IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 06-0390 LJO |
| Plaintiff, | **ORDER TO DENY REQUEST FOR TRANSCRIPTS AND DOCUMENTS** |
| vs. | (Doc. 22.) |
| EDWIN IVAN GUZMAN-GARCIA, | |
| Defendant. / | |

    This Court denied defendant's motion for 28 U.S.C. § 2255 relief. *See* Doc. 20. As such, this Court DENIES defendant's request for transcripts and further documents.

    IT IS SO ORDERED.

**Dated:   March 30, 2010**            /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE