IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>EDWIN IVAN GUZMAN-GARCIA,<br><br>                    Defendant.<br>_____/ | CASE NO. CR F 06-0390 LJO<br><br>**ORDER TO FILE PAPERS TO ADDRESS TOLLING OF LIMITATIONS PERIOD** |

This Court denied defendant's motion for 28 U.S.C. § 2255 relief on grounds that it was untimely under the one-year limitations period of 28 U.S.C. § 2255(f). With its October 14, 2010 order, the Ninth Circuit Court of Appeals remanded the matter to provide defendant "the opportunity to allege facts in support of equitable tolling." As such, this Court ORDERS defendant, no later than November 15, 2010, to file papers to address and allege facts to support equitable tolling of the one-year limitations period of 28 U.S.C. § 2255(f).

IT IS SO ORDERED.

**Dated:    October 19, 2010**                    **/s/ Lawrence J. O'Neill**
                                                                                UNITED STATES DISTRICT JUDGE

1